Joseph R. Manning, Jr. (SBN 223381)
DisabilityRights@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street, Suite 200
Newport Beach, CA 92660
Tel: 949.200.8755 / Fax: 866.843.8308

Attorneys for Plaintiff: JAMES RUTHERFORD

SHAWN ZAMAN, State Bar No. 306224
szaman@weisszaman.com
**WEISS & ZAMAN**
16633 Ventura Blvd., Suite 510
Encino, California 91436
Telephone: (818) 290-3810
Facsimile: (818) 290-3870

Attorneys for Defendant QUARTZ HILL, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>QUARTZ HILL, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-01400-PA-KES<br><br>Hon.  Percy Anderson<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: July 30, 2020<br>Trial Date: None |

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1    **TO THE COURT AND ALL PARTIES:**

2    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

3    Plaintiff  JAMES RUTHERFORD ("Plaintiff") and QUARTZ HILL, LLC

4    ("Defendant"), stipulate and jointly request that this Court enter a dismissal with

5    prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each

6    party shall bear his or its own attorneys' fees, expert fees, and costs.

7

8    IT IS SO STIPULATED.

9

10                                              Respectfully submitted,

11   DATED: December 30, 2020          **MANNING LAW, APC**

12                                              By: /s/ *Joseph R. Manning, Jr.*

13                                                   Joseph R. Manning, Jr.

14                                                   Attorney for Plaintiff
                                                     James Rutherford

15

16   DATED: December 30, 2020          **WEISS & ZAMAN**

17

18                                              By: /s/ *Shawn Zaman*

19                                                   Shawn Zaman

20                                                   Attorneys for Defendant
                                                     Quartz Hills, LLC

21

22

23   **<u>Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)</u>**

24   Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do

25   attest that all signatories listed, and on whose behalf the filing is submitted, concur

26   in the filing's content and have authorized the filing.

27

28   DATED: December 30, 2020          By: /s/ *Joseph R. Manning, Jr.*

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE